B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of Nevada | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>MSAA Partners, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>20-5004657 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>5299 Alton Pkwy.<br>Suite 216<br>Irvine, CA                    ZIP Code 92604 | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Orange | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>P.O. Box 60609<br>Irvine, CA                    ZIP Code 92602 | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

**Chapter 11 Debtors**

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)     Page 2

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> MSAA Partners, LLC | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: <br> MSAA LV Partners, LLC | Case Number: <br> BK-S-15-14589-ABL | Date Filed: <br> 08/11/2015 |
| District: <br> Nevada | Relationship: <br> Affiliate | Judge: <br> Landis |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>     Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☐    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                           Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | MSAA Partners, LLC |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). <br><br> I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _____ <br> Signature of Debtor <br><br> X _____ <br> Signature of Joint Debtor <br><br> _____ <br> Telephone Number (If not represented by attorney) <br><br> _____ <br> Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. <br><br> (Check only one box.) <br><br> ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. <br><br> ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. <br><br> X _____ <br> Signature of Foreign Representative <br><br> _____ <br> Printed Name of Foreign Representative <br><br> _____ <br> Date |

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|
| X _/s/_____ <br> Signature of Attorney for Debtor(s) <br><br> Talitha Gray Kozlowski, Esq. NV Bar No. 9040 <br> Printed Name of Attorney for Debtor(s) <br><br> Garman Turner Gordon LLP <br> Firm Name <br><br> 650 White Drive <br> Suite 100 <br> Las Vegas, NV 89119 <br> Address <br><br> 725-777-3000 <br> Telephone Number <br><br> _____ <br> Date <br><br> *In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached. <br><br> _____ <br> Printed Name and title, if any, of Bankruptcy Petition Preparer <br><br> _____ <br> Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) <br><br> _____ <br> Address <br><br> X _____ <br> Date <br><br> Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above. <br><br> Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: <br><br> If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. <br><br> *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.* |

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. <br><br> The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. <br><br> X _/s/ Zafar Jafri_____ <br> Signature of Authorized Individual <br><br> Zafar Jafri <br> Printed Name of Authorized Individual <br><br> Member <br> Title of Authorized Individual <br><br> 08-12-15 <br> Date | |

<u>MSAA Partners, LLC</u>

Pending Bankruptcy Case Filed by any Spouse Partner, or Affiliate of this Debtor (if more than one attached additional sheet)

Name of Debtor: MSAA LV Partner, LLC
Case Number
Date Filed: August 11, 2015
District: Nevada
Relationship: Affiliate

Name of Debtor: MSAA PA Partners, LLC
Case Number
Date Filed: August 11, 2015
District: Nevada
Relationship: Affiliate

Name of Debtor: MSAA Holdings, LLC
Case Number
Date Filed: August 11, 2015
District: Nevada
Relationship: Affiliate

{00348430-1}

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re   MSAA Partners, LLC
                                Debtor(s)

Case No. 
Chapter   11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| A&W RESTAURANTS INC<br>McGrathiana Parkway<br>Suite 380<br>Lexington, KY 40511 | A&W RESTAURANTS INC<br>McGrathiana Parkway<br>Suite 380<br>Lexington, KY 40511 | | | 8,987.51 |
| ALEXIOU, ALEXANDER C.<br>456 CLUB VIEW DR.<br>BRIDGEPORT, WV 26330 | ALEXIOU, ALEXANDER C.<br>456 CLUB VIEW DR.<br>BRIDGEPORT, WV 26330 | | | 3,541.67 |
| ALLIED REFRIGERATION<br>PO BOX 184<br>ANMOORE, WV 26323 | ALLIED REFRIGERATION<br>PO BOX 184<br>ANMOORE, WV 26323 | | | 3,052.14 |
| BANK OF AMERICA<br>4192000004395133<br>PO BOX 15796<br>WILMINGTON, DE 19886-5796 | BANK OF AMERICA<br>4192000004395133<br>PO BOX 15796<br>WILMINGTON, DE 19886-5796 | | | 3,882.58 |
| CITY OF ELKINS 008392-000<br>401 DAVIS AVENUE<br>ELKINS, WV 26241 | CITY OF ELKINS 008392-000<br>401 DAVIS AVENUE<br>ELKINS, WV 26241 | | | 4,696.35 |
| COFFMAN'S ELECTRICAL SERVICE<br>51 ASPEN DRIVE<br>ELKINS, WV 26241 | COFFMAN'S ELECTRICAL SERVICE<br>51 ASPEN DRIVE<br>ELKINS, WV 26241 | | | 6,538.25 |
| COMFORTECH INC<br>PO BOX 723<br>BUCKHANNON, WV 26201 | COMFORTECH INC<br>PO BOX 723<br>BUCKHANNON, WV 26201 | | | 3,555.35 |
| ECOLAB EQUIPMENT CARE - CC<br>GCS Service<br>24673 Nework Place<br>Chicago, IL 60673-1246 | ECOLAB EQUIPMENT CARE - CC<br>GCS Service<br>24673 Nework Place<br>Chicago, IL 60673-1246 | | | 12,363.58 |
| GREG GANTZER INC<br>DBA A.E. PELLEY PLUMBING & HEATING<br>176-17TH ST. P.O. BOX 6746<br>WHEELING, WV 26003 | GREG GANTZER INC<br>DBA A.E. PELLEY PLUMBING & HEATING<br>176-17TH ST. P.O. BOX 6746<br>WHEELING, WV 26003 | | | 4,716.64 |

B4 (Official Form 4) (12/07) - Cont.

In re   MSAA Partners, LLC  
                Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| H.E. NEUMANN CO. P.O. BOX 6208 WHEELING, WV 26003 | H.E. NEUMANN CO. P.O. BOX 6208 WHEELING, WV 26003 | | | 10,245.85 |
| LONG JOHN SILVER'S PO BOX 63-7629 CINCINNATI, OH 45263-7629 | LONG JOHN SILVER'S PO BOX 63-7629 CINCINNATI, OH 45263-7629 | | | 2,012,881.27 |
| McLane Foodservice, Inc. c/o Eric R. Goodman, Baker Hostetler PNC Center - 1900 East 9th Street Suite 3200 Cleveland, OH 44114-3482 | McLane Foodservice, Inc. c/o Eric R. Goodman, Baker Hostetler PNC Center - 1900 East 9th Street Cleveland, OH 44114-3482 | | | 48,598.94 |
| NAC ADVERTISING LOCK BOX 3585 RELIABLE PARKWAY CHICAGO, IL 60686-0035 | NAC ADVERTISING LOCK BOX 3585 RELIABLE PARKWAY CHICAGO, IL 60686-0035 | | | 4,677.81 |
| OVA, LLC C/O: JACK FELTON CPA 1144 MARKET STREET SUITE 305 WHEELING, WV 26003 | OVA, LLC C/O: JACK FELTON CPA 1144 MARKET STREET SUITE 305 WHEELING, WV 26003 | | | 55,135.14 |
| PROVIDENCE CONSTRUCTION, LLC 183 WEST MAIN ST. ST. CLAIRSVILLE, OH 43950 | PROVIDENCE CONSTRUCTION, LLC 183 WEST MAIN ST. ST. CLAIRSVILLE, OH 43950 | | | 20,049.31 |
| ROTO ROOTER PO BOX 4567 STEUBENVILLE, OH 43952 | ROTO ROOTER PO BOX 4567 STEUBENVILLE, OH 43952 | | | 3,888.35 |
| SOVEREIGN MANAGEMENT LLC PO BOX 4163 CLARKSBURG, WV 26302 | SOVEREIGN MANAGEMENT LLC PO BOX 4163 CLARKSBURG, WV 26302 | | | 4,252.22 |
| SPARKYS SEPTIC SERVICE LLC 36244 EDWINA ROAD WOODSFIELD, OH 43793 | SPARKYS SEPTIC SERVICE LLC 36244 EDWINA ROAD WOODSFIELD, OH 43793 | | | 3,052.80 |
| STATEWIDE SERVICE 603 MAIN AVENUE NITRO, WV 25143 | STATEWIDE SERVICE 603 MAIN AVENUE NITRO, WV 25143 | | | 10,357.34 |
| WV DIVISION OF HIGHWAYS FINANCE SECTION BUILDING 5 ROOM A220 CHARLESTON, WV 25305-0430 | WV DIVISION OF HIGHWAYS FINANCE SECTION BUILDING 5 ROOM A220 CHARLESTON, WV 25305-0430 | | | 3,600.00 |

B4 (Official Form 4) (12/07) - Cont.
In re   MSAA Partners, LLC
                    Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   08-12-'15               Signature   *Zafar un Nabi Jafri*
                                           Zafar Jafri
                                           Member

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# CERTIFICATE OF RESOLUTION

I, the undersigned, a member of MSAA Partners, LLC (the "Company"), do hereby certify that the Company has adopted the following resolutions:

"**RESOLVED,** that it is desirable and in the best interest of the Company, its creditors, members and other interested parties, that a petition be filed by the Company seeking relief under the provisions of Chapter 11, of the United States Code (the "Bankruptcy Code"); and it is further

**RESOLVED,** that the form of Chapter 11 petition shall be as required by law and is approved and adopted in all respects, and that Zafar Jafri be, and he hereby is, authorized and directed, on behalf of and in the name of the Company to execute and verify a petition substantially in such form and to cause the same to be filed with the United States Bankruptcy Court for the District of Nevada executing said petition on behalf of the Company; and it is further

**RESOLVED,** that Aesha Jafrey or Zafar Jafri be, and hereby is authorized to execute and file all petitions, schedules, lists and other papers and to take any and all action which he may deem necessary or proper in connection with the Chapter 11 case; and it is further

**RESOLVED,** that Aesha Jafrey or Zafar Jafri be, and hereby is authorized and directed to employ Heller, Draper, Patrick, Horn & Dabney, L.L.C. as bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under Title 11 of the United States Code, and to take any and all actions to advance the Company's rights, including filing and pleading, and in connection therewith, Aesha Jafrey or Zafar Jafri is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of said attorneys.

**RESOLVED**, that on behalf of the Company, Aesha Jafrey or Zafar Jafri be, and hereby is authorized and directed to employ Garman Turner Gordon LLP as local counsel to the Company to represent and assist the Company in carrying out its duties under Title 11 of the United States Code, and to take any and all actions to advance the Company's rights, including filing and pleading, and in connection therewith, Aesha Jafrey or Zafar Jafri is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Garman Turner Gordon LLP."

**IN WITNESS WHEREFORE**, I have hereunto set my hand on this 12 th day of August, 2015.

MSAA Partners, LLC

By: _____
Zafar Jafri
Member

**United States Bankruptcy Court**
**District of Nevada**

In re   MSAA Partners, LLC                                    Case No.
                                        Debtor(s)             Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   08-12-15                       _____
                                        Zafar Jafri/Member
                                        Signer/Title

MSAA Partners, LLC
P.O. Box 60609
Irvine, CA 92602

Douglas S. Draper
Heller, Draper, Patrick, Horn & Dabney, LLC
650 Poydras St.
Suite 2500
New Orleans, LA 70130

2502 Ellwood Road
c/o Michael B. Mangiarelli
Mangiarelli Realty & Development
2516 Wilmington Raod
New Castle, PA 16105

A&W RESTAURANTS INC
McGrathiana Parkway
Suite 380
Lexington, KY 40511

ACCEL SIGN GROUP
5600 HARRISON ST.
PITTSBURGH, PA 15201

ACCESS POINT INC - 290809
ATTN: JONATHAN GAVIN
1100 CRESCENT GREEN
CARY, NC 27518

ALEXIOU, ALEXANDER C.
456 CLUB VIEW DR.
BRIDGEPORT, WV 26330

ALL TRADES SERVICES, LLC
185 KEAGLER DIRVE
STEUBENVILLE, OH 43953

ALLIED REFRIGERATION
PO BOX 184
ANMOORE, WV 26323

ASSOCIATION OF LJS FRANCHISEES, INC
PO BOX 1749
VERSAILLES, KY 40383-1749

BANK OF AMERICA 4192000004395133
PO BOX 15796
WILMINGTON, DE 19886-5796

BARILLA EQUIPMENT
2900 WALNUT STREET
MCKEESPORT, PA 15132

BEST AIR SYSTEMS LLC.
PO BOX 175
110 CHESWICK AVE.
CHESWICK, PA 15024

BEST OUTDOOR, LLC
PO BOX 6502
LAUREL, MS 39441

BIZFILINGS
8040 EXCELSIOR DIRVE SUITE 200
MADISON, WI 53717

BLUE TREE SERVICE
9 HINDMAN AVE.
BURGETTSTOWN, PA 15021

BOMBARDIERE PLUMBING & HEATING LLC
1322 PHILIPPI PIKE
CLARKSBURG, WV 26301

CARL WARREN & COMPANY
P.O. BOX 748204
LOS ANGELES, CA 90074-8204

CITY OF BRIDGEPORT 011-001638-00
515 W. MAIN STREET
PO BOX 1310
BRIDGEPORT, WV 26330-6310

CITY OF ELKINS
401 DAVIS AVE
ELKINS, WV 26241

CITY OF ELKINS 008392-000
401 DAVIS AVENUE
ELKINS, WV 26241

CITY OF MORGANTOWN - 3002817
389 SPRUCE STREET
MORGANTOWN, WV 26505

CITY OF MOUNDSVILLE
00206100410000 - 0105408501
PO BOX E
MOUNDSVILLE 26041-0955

CITY OF WEIRTON
POLICE & FIRE SERVICE FEE
200 MUNICIPAL PLAZA
WEIRTON, WV 26062

CITY OF WEIRTON UTILITIES - 24332
200 MUNICIPAL PLAZA
WEIRTON, WV 26062-4527

```
CITY OF WHEELING WATER DEPT 1003-0018110
1500 CHAPLINE ST ROOM 112
WHEELING, WV 26003-3553

Clark County Assessor c/o Bkcy Clerk
500 S. Grand Central Pkwy.
Box 551401
Las Vegas, NV 89155-1401

Clark County Treasurer c/o Bkcy. Clerk
500 S. Grand Central Pkwy.
Box 551220
Las Vegas, NV 89155-1220

CLARKSBURG WATER BOARD - 2-06-4593-000
P.O. BOX 6782
WHEELING, WV 26003-0919

COFFMAN'S ELECTRICAL SERVICE
51 ASPEN DRIVE
ELKINS, WV 26241

COLD WAVE REFRIGERATION
810 PARK AVE.
NEW MARTINSVILLE, WV 26155

COMCAST - 8993206940600310
PO BOX 3002
SOUTHEASTERN, PA 19398-3002

COMCAST - 8993212500299238
PO BOX 3002
SOUTHEASTERN, PA 19398-3002

COMFORTECH INC
PO BOX 723
BUCKHANNON, WV 26201

COX COMMUNICATION - 001 7601 051698202
PO BOX 53280
PHOENIX, AZ 85072-3280

CUTTING EDGE LAWN CARE & LANDSCAPING
522 WATER ST.
BRIDGEPORT, WV 26330

DAN'S PLUMBING HEATING & COOLING
210 THREE SRPINGS DRIVE
WEIRTON, WV 25062

Department of Employment
Training and Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713
```

```
DMV RENEWAL
330 E FIRST STREET
Santa Ana, CA 92701

DOMINION HOPE - 2 5000 0021 1389
PO BOX 26783
RICHMOND, VA 23261-6783

EAGLE CONSTRUCTION AND LAWN CARE
2974 US HIGHWAY 19 NORTH
JANE LEW, WV 26378

EARLE CONSTRUCTION
1150 SHAFER LANE
FAIRMONT, WV 26554

ECOLAB EQUIPMENT CARE - CC
GCS Service
24673 Nework Place
Chicago, IL 60673-1246

ECOLAB PEST ELIM. DIV.
26252 NETWORK PLACE
CHICAGO, IL 60673-1262

ELK AIR CONDITIONING INC
75 BILLOTT AVE
NORTH HUNTINGDON, PA 15642

Fort Steuben Improvements, LLC
c/o DLc Management Corp.
580 White Plains Road
Tarrytown, NY 10591

GE Capital c/o Mark Flamm, Vice Presiden
500 West Monroe
Chicago, IL 60661

GE Entities c/o Scott M. Esterbrook
Reed Smith LLP
Three Logan Square, 1717 Arch Street
Suite 3100
Philadelphia, PA 19103

Gerald M. Gordon
Garman Turner Gordon LLP
650 White Drive, Suite 100
Las Vegas, NV 89119

GREG GANTZER INC
DBA A.E. PELLEY PLUMBING & HEATING
176-17TH ST. P.O. BOX 6746
WHEELING, WV 26003
```

H.E. NEUMANN CO.
P.O. BOX 6208
WHEELING, WV 26003

H.P. EXCAVATING, INC.
PO BOX 142
MOUNDSVILLE, WV 26041

HAPCHUK, INC.
226 RANKIN ROAD
WASHINGTON, PA 15301

HM ELECTRONICS, INC.
14110 STOWE DRIVE
POWAY, CA 92064

HOBART
134 WEST PIKE STREET
CLARKSBURG, WV 26302

HUFFNER CONTRACTING
112 19TH ST.
WHEELING, WV 26003

HUGHES NETWORK SYSTEMS, LLC
PO BOX 96874
CHICAGO, IL 60693-6874

INPROCESS, INC.
1727 VETERANS MEMORIAL HWY
ISLANDIA, NY 11749

INSPECTECH
P.O. BOX 119
WILLIAMSTOWN, WV 26187

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

J T MARTIN FIRE AND SAFETY
PO BOX 670
1 STADIUM DRIVE
CLARKBURG 00670

JOHNSON BOILER WORKS INC
53 MARSHALL STREET
BENWOOD, WV 26031

KOONSE FOOD EQUIPMENT SERVICE
5510 BROWNSVILLE RD.
PITTSBURGH, PA 15236

LJS - Buckhannon
James F. Tenney
J-Ten Investments, LP (d/b/a J-Ten & Co.
1231 Pebble Creek Road
Marietta, GA 30067

LONG JOHN SILVER'S
PO BOX 63-7629
CINCINNATI, OH 45263-7629

M&J SERVICES
771 MURPHY'S RUN ROAD
CLARKSBURG, WV 26301

MARION COUNTY SHERIFF
PO BOX 1348
FAIRMONT, WV 26555-1348

Mark Friedman, DLA Piper, LLP
The Marbury Building
6225 Smith Avenue
Baltimore, MD 21209-3600

MARK HASLAM
811 3RD ST
NEW MARTINSVILLE, WV 26155

MARSHALL COUNTY SHERIFF
PO BOX 648
MOUNDSVILLE, WV 26041

McLane Foodservice, Inc.
c/o Eric R. Goodman, Baker Hostetler
PNC Center - 1900 East 9th Street
Suite 3200
Cleveland, OH 44114-3482

MHCP
MULTI-FAMILY HOMES AT
CHARLES POINTE ASSOCIATION
BRIDGEPORT, WV 26330

MON POWER - 110 086 136 444
19200 Von Karman AveIrvine
Irvine, CA 92612

MOUNTAIN STATE HEATING AND COOLING LLC
310 FINDLEY STREET
ELKINS, WV 26241

MOUNTAIN STATE WASTE - 1-15517 3
P.O. BOX 7839
CHARLESTON, WV 25356

```
MOUNTAINEER GAS COMPANY - 304395-359222
P.O. BOX 5656
CHARLESTON, WV 25361-0656

MOUNTAINEER GAS COMPANY - 315749-373341
P.O. BOX 5656
CHARLESTON, WV 25361-0656

MUB - 01.13246.00-108589
278 GREENBAG ROAD
MORGANTOWN, WV 26507-0852

MUNICIPAL UTILITIES - 1-15-9037-000
195 MAIN STREET
NEW MARTINSVILLE, WV 26155

MUZAK LLC
PO BOX 71070
CHARLOTTE, NC 28272-1070

NAC ADVERTISING
LOCK BOX 3585 RELIABLE PARKWAY
CHICAGO, IL 60686-0035

NATIONAL A&W FRANCHISEES ASSOC.
1648 MCGRATHIANA PARKWAY STE 380
LEXINGTON, KY 40511

NATIONAL EQUIPMENT CO. INC.
1 FOURTEENTH ST
WHEELING, WV 26003

Nevada Dept. of Taxation Bankr. Sec.
555 E. Washington Ave., #1300
Las Vegas, NV 89101

NICKLES BAKERY INC.
P.O. BOX 30
NAVARRE, OH 44662

NUCO2
P.O. BOX 417902
BOSTON, MA 02241-7902

ORKIN
PO BOX 1504
ATLANTA, GA 30301-1504

OVA, LLC
C/O: JACK FELTON CPA
1144 MARKET STREET SUITE 305
WHEELING, WV 26003
```

SHERIFF OF MONONGALIA COUNTY
243 HIGH ST. RM 26 TAX OFFICE
MORGANTOWN, WV 26505-5492

SHERIFF OF OHIO COUNTY
PO BOX 188
WHEELING, WV 26003-0024

SHERIFF OF RANDOLPH COUNTY
4 RANDOLPH AVE
SUITE 100
ELKINS, WV 26241

SHERIFF OF UPSHUR COUNTY
38 W. MAIN STREET ROOM 101
BUCKHANNON, WV 26201

SHERIFF OF WETZEL COUNTY
P.O DRAWER D
NEW MARTINSVILLE, WV 26155

SHERIFF&TREASURER OF HARRISON COUNTY
ALBERT F. MARANO
301 WEST MAIN STREET
CLARKSBURG, WV 26301

Social Security Administration
Office of Regional Chief Counsel
Region IX
160 Spear Street, Suite 800
San Francisco, CA 94105-1545

SOLID WASTE SERVICES
PROCTOR DIVISION
PO BOX 7190
AUDUBON, PA 19407-7190

SOVEREIGN MANAGEMENT LLC
PO BOX 4163
CLARKSBURG, WV 26302

SPARKYS SEPTIC SERVICE LLC
36244 EDWINA ROAD
WOODSFIELD, OH 43793

SPECIALTY LIGHTING & RECYCLING, INC.
PO BOX 643
FRANKFORT, IL 60423

STARKEY'S REFRIGERATION
& AIR CONDITIONING
434 BRANNON AVE.
CLARKSBURG, WV 26301

```
STATEWIDE SERVICE
603 MAIN AVENUE
NITRO, WV 25143

TOLT SOLUTIONS, INC
3550 RUTHERFORD RD.
TAYLORS, SC 29687

TURBO TRIMMERS LAWN SERVICES
RT.2 BOX 200 Y
CLARKSBURG, WV 26301

TYCO INTEGRATED SECURITY LLC
P.O. BOX 371967
PITTSBURG, PA 15250-7967

United States Attorney's Office
Attn: Civl Process Clerk
333 Las Vegas Blvd., South
Suite 5000
Las Vegas, NV 89101

United States Attorney's Office
District of Nevada
333 Las Vegas Blvd. South
Suite 5000
Las Vegas, NV 89101

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

UPS
P.O. BOX 894820
LOS ANGELES, CA 90189-4820

VALLEY PROTEINS, INC
PO BOX 643393
CINCINNATI, OH 45264

WASTE MANAGEMENT 133-0059043-1333-4
PO BOX 13648
PHILADELPHIA, PA 19101-3648

WASTE MANAGEMENT 227-0037694-0240-9
PO BOX 13648
PHILDELPHIA, PA 19101-3648

WASTE MANAGEMENT 227-0037697-0240-2
PO BOX 13648
PHILADELPHIA, PA 19101-3648

WASTE MANAGEMENT 227-0037699-0240-8
PO BOX 13648
PHILADELPHIA, PA 19101-3648
```

```
WEST VIRGINIA DEPARTMENT OF TRANSPOTATIO
DIVISION OF HIGHWAYS- FINANCE SECTION
BUILDING-5 ROOM A-220
CHARLESTON, WV 25305-0430

WESTON SANITARY BOARD-16314001
171 MAIN AVENUE
WESTON, WV 26452

WV DIVISION OF HIGHWAYS
FINANCE SECTION
BUILDING 5 ROOM A220
CHARLESTON, WV 25305-0430

ZACK STRAIGHT
PO BOX 46
FOUR STATES, WV 26572

ZIMMERLY & CO., INC
PO BOX 540907
DALLAS, TX 75354
```